Date: 09/12/09                                                                                                              Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Check Number 115 Dated 09/12/09

Case Number 08-34222 - NORTHWAY, DAVID W

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **RICHFIELD BLMGTN FEDERAL CREDIT UNION** <br> **345 E 77TH STREET** <br> **BLOOMINGTON MN 55423** <br> FINAL DISTRIBUTION <br> 4165 | 000006 | 109.10 | 1.65 |
| ---------- Remittance Total ---------- | | 109.10 | 1.65 |

*John A. Hedback, Trustee*

RECEIVED 09 SEP 15 AM 10:23 U.S. BANKRUPTCY COURT ST. PAUL MN

COURT1                                                                      Printed: 09/12/09 10:18 AM  Ver: 15.00a